```
                              FILED
                         CLERK, U.S. DISTRICT COURT
                              5/15/2025
                         CENTRAL DISTRICT OF CALIFORNIA
                         BY: ___ASI___ DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR No.  8:25-cr-00078-FWS |
| v. | |
| TONMOY SHARMA and PAUL JIN SEN KHOR, | **NOTICE TO COURT OF RELATED CRIMINAL CASE** |
| DEFENDANTS | (PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Clay Kern Carson</u>, Case No. CR 19-105-AG which:

    __X__    was previously assigned to the Honorable Dolly M. Gee

    _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

    __X__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    _____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: May 15, 2025

_____
SOLOMON KIM
Assistant United States Attorney