THE LAW OFFICE OF PETER SWARTH
PETER SWARTH, SBN 143573
6442 Platt Ave., #557
West Hills, CA 91307
Telephone:    (818) 887-8800
Facsimile:    (323) 843-9232
E-Mail:       pswarth@gmail.com

Attorney for Defendant
Tonmoy Sharma

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO: 8:25-cr-78-DMG-1 |
|---|---|---|
| Plaintiffs, | ) | UNOPPOSED EX PARTE APPLICATION FOR AN ORDER MODIFYING BOND BY EXTENDING THE TIME FOR DEFENDANT TO POST PROPERTY; DECLARATION OF PETER SWARTH; [PROPOSED] ORDER |
| v. | ) | |
| TONMOY SHARMA, | ) | |
| Defendant. | ) | |

    Defendant, Tonmoy Sharma, by and through his counsel, Peter Swarth, hereby files, ex parte, this application for an order modifying the terms of his bond, extending the date by which he must post the property at San Juan Capistrano, with full deeding, to July 14, 2025.

    This application is not opposed by the Office of the United States Attorney,

    This application is based upon the attached Declaration of Peter Swarth and the files and records in this case.

Dated: June 22, 2025                Respectfully submitted,

                                                  s/_____
                                                 Peter Swarth
                                                 Attorney for Defendant
                                                 Tonmoy Sharma

<u>DECLARATION OF PETER SWARTH</u>

I, Peter Swarth, hereby declare:

1. I am an attorney, admitted to practice in the Central District of California, and I represent Tonmoy Sharma in case 8:25-cr-78-DMG-1 and make this declaration in support of defendant's application for an order modifying the terms of his bond, extending the date by which the defendant he must post the property at San Juan Capistrano, with full deeding, to July 14, 2025. .

2. Defendant Tonmoy Sharma, made his first appearance in the Central District of California, was arraigned on the indictment, and I was appointed to represent him, on May 30, 2025.

3. On May 30, 2025, Magistrate Judge Alka Sagar ordered Defendant Sharma released on bond, with terms which include that he post his property at San Juan Capistrano with full deeding by June 20, 2025.

4. Defendant Sharma attempted to gather and fill all the required paperwork on his own, but realized by June 16, that he was not going to be able to complete the task before the deadline of June 20, 2025.

5. Defendant Sharma has now employed the services of PBA Property Bonds which specializes in gathering and preparing the paperwork necessary to post property for bond in Federal Court, which advises that it will be able to complete all papers to be submitted for the property to be post by July 14, 2025.

6. On June 20, and 22, 2025, via email, AUSA Solomon Kim advised that his office does not object to the defendant's request to extend the time to post the property, nor to defendant's filing his request Ex Parte.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 22nd day of June, 2025, at West Hills, California.

s/ _____
Peter Swarth

UNOPPOSED EX PARTE APPLICATION FOR AN ORDER MODIFYING TERMS OF BOND