NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Peter Swarth, SBN 143573
6442 Platt Ave., #557
West Hills, CA 91307

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 5:25-CR-78-DMG-1 |
| v. | |
| TONMOY SHARMA | **APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant  Tonmoy Sharma
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge  Alka Sagar _____ by order dated: _____

☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☑ ordering release upon certain conditions, or
☐ denying detention.

☑ A hearing is being sought before Magistrate Judge  Alka Sagar  as there is new information to be presented that was not considered by the previous judicial officer; or

☑ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
Defendant requests that his release terms be changed to a signature bond in the amount of $120,000 with Affidavits of Sureties signed by the following individuals:
1. Jason Taylor, Ponte Vedra, FL. (714) 299-0110. $100,000.00
2. Dr. Blanca Cervantes, Irvine, CA. (714) 295-6705. $20,000.00

Counsel for the defendant and plaintiff United States Government consulted on  July 23, 2025 and July 24, 2025
and opposing counsel declines to stipulate to an order providing the relief sought.

☐ Telephonic notice given to ☐ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation on _____ .

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☐ in custody ☑ not in custody.

| July 24, 2025 | Tonmoy Sharma |
|---|---|
| Date | Moving Party |

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (09/24)