# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING**

Case No. **SA CR25-00078-DMG-1**          CourtSmart **CS: 08/05/2025**          Date: **August 5, 2025**

Present: The Honorable **Alka Sagar**, U.S. Magistrate Judge

| **Alma Felix** | **Gregg Eli Marmaro & Mark Aveis** | |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. **Tonmoy Sharma**

☐ Present   ☐ Custody   ☑ Bond   ☑ Not present

Attorney Present for Defendant: **Solomon Kim**
☐ Present   ☑ CJA   ☐ Retd   ☐ DFPD   ☐ Not present

**PROCEEDINGS: DETENTION HEARING**        ☐ Contested detention hearing is held.

☐ Government's request for detention is:   ☐ GRANTED   ☐ DENIED   ☐ WITHDRAWN   ☐ CONTINUED
☐ Witnesses CST (see separate list).        ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
   ☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____.   ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____.
☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____, in Courtroom _____ before Judge _____.
☐ Release Order Issued - Release No. _____.
☐ Other: _____

**PROCEEDINGS:**   ☑ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
                    ☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's ☑ Defendant's request for review / reconsideration of bail / detention order had and request is:
☐ GRANTED   ☐ DENIED   X CONTINUED

Court ORDERS bail as to the above-named defendant ☐ **modified to** ☐ **set at: $** _____
   ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).   ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
   ☐ See Receipt for Release of Exhibits to Counsel.
☑ Case continued to **August 7, 2025** at **10:00** ☑ a.m. / ☐ p.m. for **Continued Application for Bail Review** before Judge **Alka Sagar, U.S. Magistrate Judge** in Courtroom **540 / Roybal**.
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☑ Other **Pretrial Services shall provide an updated report.**

Release Order Issued - Release No. _____          : **07**

Deputy Clerk Initials **AF**